| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Dana L. Peterson (SBN 178499) |
| 2 | dpeterson@seyfarth.com |
| | Andrea Nicole de Koning (SBN 253715) |
| 3 | adekoning@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 4 | San Francisco, California  94105 |
| | Telephone:  (415) 397-2823 |
| 5 | Facsimile:  (415) 397-8549 |
| 6 | Attorneys for Defendant |
| | Accor North America, Inc., Joe Christie and Kelly Schiliro |
| 7 | |
| 8 | GOINS & ASSOCIATES |
| | Vernon C. Goins II (SBN 195461) E-mail:  vgoins@goinslawfirm.com |
| 9 | 1330 Broadway, Suite 1530 |
| | Oakland, CA 94612 |
| 10 | Telephone:  (510) 663-3700 |
| | Facsimile:  (510) 663-3700 |
| 11 | |
| | Attorneys for Plaintiff |
| 12 | Wendelyn Wilburn |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WENDELYN WILBURN, | ) | Case No. C 10-05507 JSW |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION FOR** |
| | ) | **DISMISSAL AND [PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| ACCOR NORTH AMERICA, INC., a Delaware Corporation, JOE CHRISTIE, an individual, KELLY SCHILIRO, an individual, and DOES 1 through 25, inclusive, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff WENDELYN WILBURN and Defendants ACCOR NORTH AMERICA, INC., a Delaware Corporation, JOE CHRISTIE, an individual, KELLY SCHILIRO, an individual, through their respective counsel of record, that the above-captioned matter (Plaintiff's entire Complaint and all causes of action contained therein) be dismissed WITH PREJUDICE pursuant to FRCP 41(a)(1).

///

Each party will bear its own attorneys' fees and costs of suit.

DATED: November 11, 2011     SEYFARTH SHAW LLP

By   /S/
    Andrea N. de Koning
Attorneys for Defendant
ACCOR NORTH AMERICA, INC., JOE CHRISTIE AND KELLY SCHILIRO

DATED: November 11, 2011     GOINS & ASSOCIATES

By   /S/
    Vernon Goins
Attorney for Plaintiff
WENDELYN WILBURN

## ORDER

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety with prejudice, with each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED.

DATED: November 14, 2011

*Jeffrey S. White*
United States District Court Judge

13864210v.1 / 66622-000021