SEYFARTH SHAW LLP
Dana L. Peterson (SBN 178499)
dpeterson@seyfarth.com
Andrea Nicole de Koning (SBN 253715)
adekoning@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
Accor North America, Inc., Joe Christie and Kelly Schiliro

GOINS & ASSOCIATES
Vernon C. Goins II (SBN 195461) E-mail: vgoins@goinslawfirm.com
1330 Broadway, Suite 1530
Oakland, CA 94612
Telephone: (510) 663-3700
Facsimile: (510) 663-3700

Attorneys for Plaintiff
Wendelyn Wilburn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELYN WILBURN,<br><br>  Plaintiff,<br><br>   v.<br><br>ACCOR NORTH AMERICA, INC., a Delaware Corporation, JOE CHRISTIE, an individual, KELLY SCHILIRO, an individual, and DOES 1 through 25, inclusive,<br><br>  Defendant. | Case No. C 10-05507 JSW<br><br>**JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff WENDELYN WILBURN and Defendants ACCOR NORTH AMERICA, INC., a Delaware Corporation, JOE CHRISTIE, an individual, KELLY SCHILIRO, an individual, through their respective counsel of record, that the above-captioned matter (Plaintiff's entire Complaint and all causes of action contained therein) be dismissed WITH PREJUDICE pursuant to FRCP 41(a)(1).

///

JOINT STIP FOR DISMISSAL AND [PROPOSED] ORDER   Case No. C 10-05507 JSW

1 | Each party will bear its own attorneys' fees and costs of suit.

2 | DATED: November 11, 2011          SEYFARTH SHAW LLP

4 | By   /S/
     Andrea N. de Koning
5 | Attorneys for Defendant
     ACCOR NORTH AMERICA, INC., JOE
6 | CHRISTIE AND KELLY SCHILIRO

8 | DATED: November 11, 2011          GOINS & ASSOCIATES

10 | By   /S/
      Vernon Goins
11 | Attorney for Plaintiff
      WENDELYN WILBURN

### ORDER

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety with prejudice, with each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED.

DATED: November 14, 2011          _Jeffrey S. White_
                                   United States District Court Judge

13864210v.1 / 66622-000021

2

JOINT STIP FOR DISMISSAL AND [~~PROPOSED~~] ORDER          Case No. C 10-05507 JSW